THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FAHEY, Appellant.

*People* v. *Fahey,* 134 App. Div. 991, affirmed.
(Argued June 14, 1910; decided September 27, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 15, 1910, which affirmed a judgment of the Court of Special Sessions of the city of Albany convicting the defendant of the crime of disturbing a funeral in violation of section 315 of the Penal Code.

*Michael D. Reilly* and *William E. Woollard* for appellant.

*Rollin B. Sanford, District Attorney (Harold D. Alexander* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

BENJAMIN E. GOODALE, Respondent, *v.* JOHN B. CAREY, Appellant.

*Goodale* v. *Carey,* 133 App. Div. 920, affirmed.
(Argued June 16, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract of sale.

*Frederick N. Van Zandt* and *Harry W. Moore* for appellant.

*Ernest W. Tooker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.